UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:21-cv-05209 HDV GJS                               Date   October 12, 2023

Title   *Mary Starks v. County of Los Angeles, et al.*

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER STRIKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [60]**

Defendants' Motion for Summary Judgment [Dkt. No. 60], filed October 5, 2023, fails to comply with the requirements laid out in Section X.E of the Court's Civil Standing Order. *See* [Dkt. No. 58]. The Motion is therefore stricken. Defendants are ordered to refile the Motion in a format that complies with the requirements described in the Court's Civil Standing Order.

**IT IS SO ORDERED.**