**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**RICKEY IVIE** (State Bar No.: 76864)
rivie@imwlaw.com
**AYANG J. INYANG**
ainyang@imwlaw.com (State Bar No.: 339484)
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel: (213) 489-0028
Fax: (213) 489-0552

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STARKS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; EDWIN BARAJAS; TAYLOR INGERSOLL; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE No.: **2:21-cv-05209 HDV (GJSx)**<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Gail J. Standish<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE**<br><br>**Scheduling Conference**<br>Date: TBD<br>Time: TBD<br>Ctrm: 5B<br>350 West 1st Street, 5th Floor<br>Los Angeles, California 90012 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

By and through their counsel of record in this action, Plaintiff MARY STARKS ("Plaintiff") and Defendants CITY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA; EDWIN BARAJAS; and TAYLOR INGERSOLL ("Defendants") (together called "the parties"), hereby present this Joint Status Report and Stipulation to Continue:

On October 5, 2023, Plaintiff filed her Rule 25 Statement Noticing the Death of Plaintiff Mary Starks. (Doc. 59.)

The same day, on October 5, 2023, Defendants filed their Motion for Summary Judgment. (Doc. 60.)

On October 6, 2023, the Court reset the hearing for Doc. 60 to December 14, 2023 at 10:00 a.m. (Doc. 62.)

On October 10, 2023, the Court notified Defendants of their filing deficiency for Doc. 61. (Doc. 63.)

On October 11, 2023, Plaintiff filed her Unopposed motion to Substitute Waymon Starks, Wendell Williams, and Michael Starks for Plaintiff Mary Starks considering her death. (Doc. 64.)

On October 12, 2023, the Court Ordered that Defendants' Motion for Summary Judgement (Doc. 60) be Stricken for failure to comply with the Court's Standing Order.

On October 15 2023, the Court reset the hearing for Plaintiff's Unopposed Motion to Substitute (Doc. 64) to December 21, 2023 at 10:00 a.m. (Doc. 66.)

Plaintiff's counsel is in the process of filing an Unopposed *Ex Parte* Application to Withdraw, which will be filed shortly.

Thus, the parties hereby agree and stipulate to stay the hearing for Defendants' Motion for Summary Judgement for a time to be set by the Court's at its convenience after the Court has had an opportunity to rule on Plaintiff's Motion

1  to Substitute (Doc. 64) and Motion to Withdraw (soon to be filed).

2      The parties make such stipulation for the purpose that, in the event that the Court grants Plaintiff's counsel's motions, (i) Defendants are not prejudiced by missing the opportunity to file a motion for summary judgment; (ii) Plaintiff's current counsel will not be unduly prejudiced by being put in an untenable position to oppose summary judgment on behalf of potential parties to which they do not have a representation agreement and against claims that counsel believe create a conflict requiring withdrawal; and (iii) the parties' intent is so that the substituted Plaintiffs will not be prejudiced by having to draft an opposition to Defendants' Motion for Summary Judgement without first appearing in the matter and having the opportunity to retain new counsel if they choose to do so.

    The parties request an order from the Court (1) staying the hearing for Defendants' Motion for Summary Judgment, which will be reset after the Court rules on Plaintiff's counsel's motions, (2) ordering that an opposition to Defendants' Motion for Summary Judgment will not be due until after the Court resets the hearing date, and (3) the Court advances the hearing date for Plaintiff's Unopposed Motion to Substitute to be heard with Plaintiff's anticipated *ex parte* application to withdraw.

    IT IS SO STIPULATED.

Respectfully submitted,

DATED:  October 23, 2023    **LAW OFFICES OF DALE K. GALIPO**

By: ___/s/____Marcel F. Sincich_____
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*

DATED:  October 23, 2023    **IVIE McNEILL WYATT PURCELL & DIGGS**

By: ___/s/____Ayang J. Inyang_____
Rickey Ivie, Esq.
Ayang J. Inyang, Esq.
*Attorneys for Defendants*