# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STARKS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; EDWIN BARAJAS; TAYLOR INGERSOLL; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE No.: 2:21-cv-05209 HDV (GJSx)<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Gail J. Standish<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW**<br><br>**Pretrial Conference**<br>January 29, 2024<br>**Trial**<br>February 20, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Having reviewed Plaintiff's Unopposed *Ex Parte* Application to Withdraw as Counsel of Record, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED. The Law Offices of Dale K. Galipo are withdrawn as attorneys of record for all plaintiffs in this matter. The Court hereby vacated all dates and deadlines and Orders a status conference in sixty (60) days providing time for the Substituting Plaintiffs to find new counsel and confer with the Defense on scheduling and prosecution of the case.

　　**IT IS SO ORDERED.**

DATED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Hernán D. Vera
　　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-　　Case No.: 2:21-cv-05209 HDV (GJSx)
[PROPOSED] ORDER RE. PLAINTIFF'S MOTION TO WITHDRAW