link 67

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STARKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; EDWIN BARAJAS; TAYLOR INGERSOLL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE No.: **2:21-cv-05209 HDV (GJSx)**<br><br>[*Honorable Hernán D. Vera*]<br>Magistrate Judge Gail J. Standish<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES JOINT STATUS REPORT AND STIPULATION TO CONTINUE |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　Having reviewed the parties' Joint Status Report and Stipulation to Continue, and GOOD CAUSE appearing therein, it is ordered that the hearing for Defendants' Motion for Summary Judgment ("Defendants' Motion") shall be stayed until after the Court has had an opportunity to rule on Plaintiff's Unopposed Motion to Substitute and Unopposed *Ex Parte* Application to Withdraw ("Plaintiff's Motions"). The Hearing for Defendants' Motion will be reset after the Court rules on Plaintiff's Motions such that an opposition to Defendants' Motion will not be due until two (2) weeks after the Court rules on Plaintiff's Motions. Further, the Court advances the hearing date for Plaintiff's Unopposed Motion to Substitute to be heard with Plaintiff's *Ex Parte* Application to Withdraw.

IT IS SO ORDERED. DATED:

_10/25/23_____　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Hernán D. Vera
　　　　　　　　　　　　　　　　　　　United States District Judge